[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13976
Non-Argument Calendar

_____

D.C. Docket No. 6:15-cr-00210-PGB-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORY HOUSEHOLDER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(March 3, 2021)

Before JILL PRYOR, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Gregory Householder in this

criminal appeal, has moved to withdraw from further representation of the Appellant

and filed a brief based on *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's Rule 35(b) reduction of Householder's sentence is **AFFIRMED**.